**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DEREK S. SACHS, SB# 253990
  E-Mail: Derek.Sachs@lewisbrisbois.com
NOLAN W. KESSLER, SB# 327178
  E-Mail: Nolan.Kessler@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant Jan X-Ray Services, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST COTTERMAN, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>JAN X-RAY SERVICES, INC., a Michigan corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | CASE NO. 2:19-cv-01235<br><br>The Honorable Morrison C. England, Jr.<br><br>**ORDER GRANTING STIPULATION AND REQUEST FOR ORDER CONTINUING DISCOVERY CUTOFF DATE**<br><br>Action Filed:     July 3, 2019<br>Trial Date:        None Set |

Defendant JAN X-RAY SERVICES, INC. and Plaintiff ERNEST COTTERMAN, entered into a Stipulation and Request for Order Continuing Discovery Cutoff Date, filed on June 24, 2020 in the above-reference court. Upon review of the papers submitted, and good cause appearing:

**IT IS HEREBY ORDERED** as follows:

1.      The discovery cutoff in this matter shall be continued 90 days from its present date of July 3, 2020, or the first date thereafter convenient to the Court.

IT IS SO ORDERED.

Dated: June 26, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE