# UNITED STATES DISTRICT COURT

## Eastern District of California

Ernest Cotterman

                      Plaintiff (s),

V.

Jan X-Ray Services, Inc.

                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-CV-01235

Notice is hereby given that, subject to approval by the court, __Jan X-Ray Services, Inc.__ substitutes
(Party (s) Name)

__Derek Sachs, Barber Ranen LLP__ , State Bar No. __253990__ as counsel of record in
(Name of New Attorney)

place of __Derek Sachs, Lewis Brisbois Bisgaard & Smith LLP.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Barber Ranen LLP |
| Address: | One Embarcadero Center, Suite 2100 San Francisco, CA 94111 |
| Telephone: | (916) 313-7051       Facsimile |
| E-Mail (Optional): | derek.sachs@barberranen.com |

I consent to the above substitution.

Date: 05/16/2023

_(signature)_
(Signature of Party (s))
Jan X-Ray Services, Inc.

I consent to being substituted.

Date: 05/17/2023

_(signature)_
(Signature of Former Attorney (s))
Jana Lubert, Esq., Lewis Brisbois Bisgaard & Smith

I consent to the above substitution.
Date: 05/17/2023

(Signature of New Attorney)
Derek Sachs, Barber Ranen LLP

The substitution of attorney is hereby approved and so ORDERED.

Date: May 23, 2023

_Dale A. Drozd_
Judge
Hon. Dale A. Drozd

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]